UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                         Case No. 1-04-CR-279

       Plaintiff,                                      Hon. Richard Alan Enslen

    v.

CHERYL L. ROBERTS,
                                                  **ORDER**

       Defendant.           /

This matter is before the Court on Defendant Cheryl L. Roberts' Motion for Copies.   This Motion is more accurately construed as a Motion for Reconsideration from the Court's Order of November 14, 2006, which denied Defendant copies of transcripts without fees.  (*See* Dkt. No. 63). Pursuant to Rule 7.4(a), Plaintiff must demonstrate that the Court's Order suffers from a palpable defect, and must "also show that a different disposition of the case must result from a correction thereof."  W.D. MICH. LCIVR 7.4(a).

In her Motion, Defendant has failed to allege any new facts which would entitle her to relief under any theory.  Since Defendant has not shown there was a palpable defect or that a different disposition of the case must result, his Motion for Reconsideration is denied. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Cheryl L. Roberts' Motion for Copies (Dkt. No. 78) is **DENIED**.

                /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:              RICHARD ALAN ENSLEN
    August 6, 2007                       SENIOR UNITED STATES DISTRICT JUDGE